Sarah A. Ferguson (NSBN 14515)
MCDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
sferguson@mcdonaldcarano.com

Attorneys for Defendant
Comenity Bank

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIA LUCERO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; CAPITAL ONE BANK (USA), N.A.; COMENITY, LLC dba COMENITY CAPITAL BANK; and GLOBAL LENDING SERVICES, LLC,<br><br>　　　　Defendants. | Case No. 2:22-cv-01334-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT COMENITY BANK TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** |

　　　　Plaintiff Natalia Lucero ("Plaintiff") and Defendant Comenity Bank, incorrectly sued as "Comenity, LLC d/b/a Comenity Capital Bank ("Comenity"), by counsel, hereby stipulate as follows:

　　　　1.　　Comenity was served with the Complaint on or about August 23, 2022, making its response due September 13, 2022.

　　　　2.　　Counsel for Comenity was recently retained and needs additional time to investigate the facts and legal claims asserted in the Complaint and to prepare an appropriate response.

　　　　3.　　Plaintiff and Comenity agree to extend the time it has to respond to the Complaint by 28 days, to and including October 11, 2022.

/ / /

/ / /

/ / /

/ / /

1

4. This is the first stipulation to extend Comenity's deadline to respond to Plaintiff's Complaint and is not made for the purpose of delay.

DATED: September 13, 2022

Respectfully submitted,

| KIND LAW | MCDONALD CARANO LLP |
|---|---|
| By: */s/ Michael Kind*<br>Michael Kind (NSBN 13903)<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Telephone: (844) 399-KIND (5463)<br><br>*Plaintiff Natalia Lucero* | By: */s/ Sarah Ferguson*<br>Sarah Ferguson (NSBN 14515)<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>Telephone: (775) 788-2000<br><br>*Defendant Comenity Bank* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __September 14, 2022_____

4860-0961-5411, v. 1

2